# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| CHRISTOPHER COLE,<br>　　　　Plaintiff, | CASE NO. 3:17-cv-00126-DJH-DW<br><br>**ELECTRONICALLY FILED** |
| vs.<br><br>EQUIFAX INFORMATION SERVICES,<br>LLC and TRANS UNION, LLC,<br>　　　　Defendants. | Judge David J. Hale<br>Magistrate Judge Dave Whalin |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Christopher Cole ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: June 13, 2017

　　　　　　　　　　　　　　　　　　　　　　*s/ James R. McKenzie* (with consent)
　　　　　　　　　　　　　　　　　　　　　　J. Hays Lawson, Esq.
　　　　　　　　　　　　　　　　　　　　　　James R. McKenzie, Esq.
　　　　　　　　　　　　　　　　　　　　　　Credit Defense Attorneys, PLLC
　　　　　　　　　　　　　　　　　　　　　　115 S. Sherrin Avenue, Suite 4
　　　　　　　　　　　　　　　　　　　　　　Louisville, KY  40207
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (502) 473-6525
　　　　　　　　　　　　　　　　　　　　　　Fax:  (502) 473-6561
　　　　　　　　　　　　　　　　　　　　　　E-Mail:  james@kyconsumerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　jmckenzie@jmckenzielaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Christopher Cole*

| | |
|---|---|
| Date:  June 13, 2017 | *s/ William R. Brown*<br>William R. Brown, Esq. (IN #26782-48)<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Telephone:  317-363-2400<br>Fax:  317-363-2257<br>E-Mail:  wbrown@schuckitlaw.com<br><br>*Counsel for Defendant Trans Union, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **13th day of June, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| J. Hays Lawson, Esq.<br>james@kyconsumerlaw.com | James R. McKenzie, Esq.<br>jmckenzie@jmckenzielaw.com |
| John Michael Williams, Esq.<br>williams@rwktlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **13th day of June, 2017**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/ William R. Brown*
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*