UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHRISTOPHER COLE, Plaintiff,

v.  Civil Action No. 3:17-cv-126-DJH

EQUIFAX INFORMATION SERVICES, LLC, Defendant.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 17), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within forty-five (45) days of the date of entry of this Order in the event the settlement is not consummated.

July 10, 2017

**David J. Hale, Judge**
**United States District Court**

1